**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST HEMPSTEAD UNION FREE SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>      v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>            Defendant. | Case No. 2:25-cv-00973-TLN-AC<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

**ORDER**

The Court ORDERS as follows:

The time for Defendant to move, answer or otherwise respond to the Complaint shall be extended until June 6, 2025.

**IT IS SO ORDERED.**

Dated: April 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT